

APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

BIG 3 PACKAGING, LLC

v.

AQUA CHEMPACS, LLC; SIMONIZ USA, INC.,
STEPHEN SENECA, NATIONAL ACCOUNT
SOURCING, INC., FLOOR MECHANICS, LLC

Civil Action No: 12  5806

## DISCLOSURE STATEMENT FORM

Please check one box:

☒   The nongovernmental corporate party, Big 3 Packaging, LLC, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐   The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

10/11/2012
Date

_____
Signature

Counsel for:  Plaintiff - Big 3 Packaging, LLC

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a)   WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file two copies of a disclosure statement that:
        (1)   identifies any parent corporation and any publicly held corporation owning10% or more of its stock;  or

        (2)   states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
        (1)   file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
        (2)   promptly file a supplemental statement if any required information changes.

OCT 1 1 2012

APPENDIX G

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

BIG 3 PACKAGING, LLC

V.

AQUA CHEMPACS, LLC, SIMONIZ USA, INC., STEPHEN SENECA, NATIONAL ACCOUNT SOURCING, INC., FLOOR MECHANICS, LLC

Civil Action No: 12  5806

## DISCLOSURE STATEMENT FORM

Please check one box:

[X] The nongovernmental corporate party, Big 3 Packaging, LLC , in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____ , in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

10/11/2012
Date

_[Signature]_
Signature

Counsel for: Plaintiff - Big 3 Packaging, LLC

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
 (a)   WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
  (1)   identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
  (2)   states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
  (1)   file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
  (2)   promptly file a supplemental statement if any required information changes.

OCT 11 2012