3063-12

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Big 3 Packaging, LLC,<br>　　　　Plaintiff,<br>　v.<br><br>Aqua ChemPacs, LLC,<br>　　　　Defendant,<br><br>Simoniz USA, Inc.,<br>　　　　Defendant,<br><br>Stephan Seneca,<br>　　　　Defendant,<br><br>National Account Sourcing, Inc.<br>　　　　Defendant,<br><br>Floor Mechanics, LLC,<br>　　　　Defendant | CIVIL ACTION: **12-CV-5806 - PBT** |

## ORDER

As the Plaintiff, Big 3 Packaging, LLC, and Defendant, Floor Mechanics, LLC, have agreed and stipulated that the Defendant, Floor Mechanics, shall have until December 5, 2012, to answer or otherwise respond to the Complaint filed by the Plaintiff, Big 3 Packaging, it is hereby ORDERED that Defendant, Floor Mechanics response period for answering and responding to the Complaint shall be extended to December 5, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT

_____　　　　　　　_____
Date　　　　　　　　　　　　　　　　　　J.

3063-12

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Big 3 Packaging, LLC,<br>    Plaintiff,<br>v.<br><br>Aqua ChemPacs, LLC,<br>    Defendant,<br><br>Simoniz USA, Inc.,<br>    Defendant,<br><br>Stephan Seneca,<br>    Defendant,<br><br>National Account Sourcing, Inc.<br>    Defendant,<br><br>Floor Mechanics, LLC,<br>    Defendant | CIVIL ACTION: **12-CV-5806 - PBT** |

## STIPULATION

Plaintiff, Big 3 Packaging, LLC, and Defendant, Floor Mechanics, LLC, hereby agree and stipulate that the Defendant, Floor Mechanics, shall have until December 5, 2012, to answer or otherwise respond to the Complaint filed by the Plaintiff, Big 3 Packaging.

November 2, 2012                      /s/ Michael Bonnella    (jjs)
                                          Michael Bonella
                                          Kessler, Topaz, Meltzer & Check, LLP
                                          280 King of Prussia Road
                                          Radnor, PA 19807
                                          mbonella@ktmc.com

                                          Attorneys for Plaintiff, Big 3 Packaging, LLC

November 2, 2012                      /s/ John J. Simkanich
                                          John J. Simkanich
                                          Paul & Paul
                                          2000 Market Street, Suite 2900
                                          Philadelphia, PA 19103
                                          jsimkanich@paulandpaul.com
                                          Attorneys for Defendant, Floor Mechanics, LLC