IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Big 3 Packaging, LLC, | : | |
| Plaintiff, | : | Civil Action No. 12-cv-5806-PBT |
| | : | |
| v. | : | |
| | : | |
| Aqua ChemPacs, LLC, et al. | : | |
| Defendants. | : | |

## ORDER

As the Plaintiff and Defendants Aqua ChemPacs, LLC, Simoniz USA, Inc., Stephen Seneca and National Account Sourcing, Inc., have agreed and stipulated that such defendants shall have until December 4, 2012, to answer or otherwise respond to the complaint filed by the Plaintiff, it is hereby ORDERED that Defendants Aqua ChemPacs, LLC, Simoniz USA, Inc., Stephen Seneca and National Account Sourcing, Inc.'s, response period for answering and responding to the Complaint shall be extended to December 4, 2012.

BY THE COURT

_____        _____
Date                                                                                         J.

PHIL1 2495878v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Big 3 Packaging, LLC, | : | |
| Plaintiff, | : | Civil Action No. 12-cv-5806-PBT |
| vi. | : | |
| Aqua ChemPacs, LLC, et al. | : | |
| Defendants. | : | |

## STIPULATION

Plaintiff and Defendants Aqua ChemPacs, LLC, Simoniz USA, Inc., Stephen Seneca and National Account Sourcing, Inc., hereby agree and stipulate that such defendants shall have until December 4, 2012, to answer or otherwise respond to the complaint filed by the Plaintiff.

November 20, 2012

/s/ Michael Bonnella
Michael Bonnella
Kessler, Topaz, Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA  19807
mbonella@ktmc.com

Attorneys for Plaintiff,
Big 3 Packaging, LLC

November 20, 2012

/s/ Paul G. Nofer
Paul G. Nofer
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA  19103
pnofer@klehr.com

Attorneys for Defendants, Aqua ChemPacs, LLC, Simoniz USA, Inc., Stephan Seneca, and National Account Sourcing, Inc.

PHIL1 2495878v.1