IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BIG 3 PACKAGING, LLC, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| | : | NO. 12-5806 |
| AQUA CHEMPACS, LLC, ET AL., | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this _____ day of November, 2013, the Court having been advised that the parties in the above-captioned case have reached settlement, **IT IS HEREBY ORDERED AND DECREED** that all claims, counter-claims, and all causes of action asserted or which could have been have been asserted between the parties in this suit are **DISMISSED WITH PREJUDICE** and without costs, pursuant to the agreement of counsel and Local Rule 41.1(b).[1]

**IT IS FURTHER ORDERED** that the Clerk of Court shall designate this case **CLOSED**.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, C.J.

---

[1] Local Rule 41.1(b) states that whenever in any civil action counsel shall notify the Clerk or the judge to whom the action is assigned that the issue between the parties have been settled, the Clerk shall, upon order of the judge to whom the case is assigned, enter an order dismissing the action with prejudice, without costs, pursuant to the agreement of counsel.